IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN AUTOMOBILE ASSOCIATION,

    Plaintiff,

  v.

AUTO GLASS EXPERTS, INC.,

    Defendant.

No. C 06-04006 WH

**ORDER TO SHOW CAUSE**

    Attorney Jennifer Diane Olson is **HEREBY ORDERED TO APPEAR** on **OCTOBER 12, 2006, AT 11:00 A.M.**, in Courtroom No. 9, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102, and **TO SHOW CAUSE** why she should not be sanctioned for failing to attend the duly-noticed case management conference held in this action on September 28, 2006, at 11:00 a.m., and/or why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Ms. Olson shall serve and file a sworn detailed declaration regarding her failure to appear at least **FIVE CALENDAR DAYS** before said OSC hearing.

    **IT IS SO ORDERED.**

Dated: September 28, 2006.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE