IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN AUTOMOBILE ASSOCIATION,

    Plaintiff,

  v.

AUTO GLASS EXPERTS, INC.,

    Defendant.
                                       /

No. C 06-04006 WHA

**ORDER DISCHARGING AND VACATING SHOW-CAUSE HEARING**

      The show-cause hearing set for October 12, 2006, at 11:00 a.m. is hereby **DISCHARGED AND VACATED**.

      **IT IS SO ORDERED.**

Dated: October 10, 2006.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE